COM. ex rel. Joseph LYNCH, Appellant

v.

Jeffrey BEARD, Secretary for Pa. Dept. of Corrections, Appellee.

Supreme Court of Pennsylvania.

Oct. 18, 2011.

*ORDER OF COURT*

PER CURIAM.

AND NOW, this 18th day of October, 2011, the Order of the Commonwealth Court is AFFIRMED.